IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02322-RPM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

INTEGRITY CONTRACTING, LLC,
DANIEL GIENAPP and
SUSAN GIENAPP,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **January 22, 2009, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 15, 2008.**

    The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated: November 28th, 2008

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge