IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02322-RPM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

INTEGRITY CONTRACTING, LLC,
DANIEL GIENAPP and
SUSAN GIENAPP,

    Defendants.

---

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND
COMPLAINT AND SUBSTITUTE PROPER PARTY DEFENDANTS

---

    After review of Plaintiff's Unopposed Motion for Leave to Amend Complaint and Substitute Proper Party Defendants, filed December 23, 2008 [11], it is

    ORDERED that the motion [11] is granted and the proposed Amended Complaint attached is accepted and filed with today's date.

    Dated: December 24th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge