IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02322-RPM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

ROBERT SMOLINSKI and
TAMI SMOLINSKI,

    Defendants.


**MINUTE ORDER ENTERED BY SENIOR DISTRICT JUDGE RICHARD P. MATSCH:**


s/M. V. Wentz
 Secretary


    The Motion for Withdrawal of Service by Electronic Means [18] is granted and electronic service of Michelle Prud-Homme is terminated in this case.


Dated: January 20, 2009