IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02322-RPM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

ROBERT SMOLINSKI and
TAMI SMOLINSKI,

    Defendants.

## ORDER FOR STATUS REPORT

On April 2, 2009, plaintiff filed a Notice of Settlement [25]. The parties have filed nothing further and it is therefore

ORDERED that counsel shall file a status report with the Court by August 19, 2009.

Dated: August 11th 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge