IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02322-RPM

HOME DESIGN SERVICES, INC.,

     Plaintiff,

v.

ROBERT SMOLINSKI and
TAMI SMOLINSKI,

     Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Voluntary Dismissal with Prejudice [28], it is

ORDERED that this case is dismissed with prejudice, each party to bear their own fees and costs.

Dated: August 19th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge